# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | |
| Juan Borja | PRINCIPAL | |
| A208 382 739 | YOB: | 1993 |
| USC | | |

United States District Court
Southern District of Texas
FILED

AUG 2 6 2015

, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

**M-15-1458-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 25, 2015** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jonathan Josue Campos-Alvarez, citizen and national of El Salvador, along with three (3) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near La Grulla, Texas to the point of arrest near La Grulla, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 25, 2015 at approximately 2:00 a.m, Agent D. Contreras and Agent F. Torres responded to a group of possible undocumented immigrants detected by the Aerostat near La Grulla, Texas. Agent Contreras notified nearby agents of the traffic and direction of travel. Aerostat maintained visual of the group as they made their way north away from the river area. The agents encountered the subjects and identified themselves as Border Patrol Agents, and several subjects began to run east from their location. With the assistance of air asset, horse patrol, and ATV unit they were able to apprehend a total of five subjects. Agents questioned the five subjects apprehended as to their immigration status.

**SEE ATTACHED**

Approved by

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

**Michael Chandler    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 26, 2015** at **McAllen, Texas**
Date                                                 City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-1458-M

RE: Juan Borja  A208 382 739

**CONTINUATION:**

Four subjects freely and willingly admitted to being in the United States illegally with no documentation to be or remain in the United States. The fifth subject claimed to be a United States citizen. All subjects were then transported to the Rio Grande City Border Patrol Station for processing.
NOTE:
Juan BORJA was the driver of a 1 on 4 Administrative Alien Smuggling Case. In addition, on January 14, 2015 he was the foot guide of a 2 on 1 Administrative Alien Smuggling Case.

**PRINCIPAL STATEMENT:**
Juan BORJA, was read his Miranda rights. BORJA understood his rights and agreed to speak to the agents.

Juan BORJA, stated that he is a United States citizen, and that he was in La Grulla, Texas to guide a group of undocumented aliens. After crossing the Rio Grande River BORJA stated he waited for approximately half an hour before traveling north from the river. He mentioned that he told the group that they needed to stay together and walk straight north on a road. He stated that he has worked as a foot guide once before today. BORJA stated that was to be paid $100 dollars per person. He also stated that once they noticed Border Patrol everyone started running. He finally stated that he works as a foot guide because he needs the money.

**MATERIAL WITNESS STATEMENT:**
CAMPOS-Alvarez, Jonathan Josue, was read his Miranda rights. CAMPOS understood his rights and agreed to speak to the agents.

Jonathan Josue CAMPOS-Alvarez, a citizen of El Salvador and that he entered illegally into the United States. He stated that his father in Florida made the arrangements for him to be smuggled and was going to pay a total of $7,500 dollars to the smugglers and that he paid approximately $3000 up front. He stated that he crossed the river in a raft with the help of two guys. He further stated that the foot guide told them that if the saw something to start running away. Alvarez was able to positively identify Juan Borja as the foot guide through a photo lineup.